UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE POTEET, ) | |
| ) | NO.  CV-10-5131-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| CH2M HILL HANFORD GROUP, INC., a ) | |
| Delaware corporation, and DOES ) | |
| I-XV, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation of the parties (ECF No. 13) filed July 12, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 15th day of July, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1